DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN DRONENBERG, SHEILA BELL, DARLENE BEAGLE, SANDRA BILYEU, RIMMON DATESMAN, ROLAND FLECK,** a/k/a **RON FLECK, TOBY FLECK, DAVID GRONFORS, DIANE GRONFORS,** and **ANNETTE HEILNER,**
Appellants,

v.

**LIFE-ZACHARY TAYLOR, LLC,** d/b/a **ZACHARY TAYLOR RV RESORT,**
Appellee.

No. 4D2025-0990

[February 26, 2026]

Appeal from the County Court for the Nineteenth Judicial Circuit, Okeechobee County; William J. Wallace, Judge; L.T. Case No. 472023CC000315CCAXMX.

Robert M. Lewis of the Law Office of Robert M. Lewis, LLC, Jupiter, for appellants.

Brian C. Chase of Atlas Law, PLLC, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and SHAW, JJ., concur.

*       *       *

***Not final until disposition of timely-filed motion for rehearing.***